UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHARTER ONE AUTO FINANCE CORP.,

                        Plaintiff,

                                                          DECISION AND ORDER

                                                          02-CV-6035L

                        v.

#1HEMPFIELD MOTORS, INC.,
et al.,

                        Defendants.
_____

       By letter dated September 7, 2007 (Dkt. #30), plaintiff's counsel advised that it intended to discontinue the action against all defendants. That motion is granted and the complaint in this case is dismissed, pursuant to FED. R. CIV. P. 41(a)(2), with prejudice.

       IT IS SO ORDERED.

                                        _____
                                            DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
        September 13, 2007.